# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3022
Lower Tribunal No. 2021-CF-002172-AXXX-XX

_____

TIM MARQUIS JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

March 17, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Andrea M. Flynn Mogensen, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED